## STERN BROS. v. UNITED STATES.

(Circuit Court, S. D. New York. January 22, 1900.)

No. 2,959.

CUSTOMS DUTIES—LAMP SHADES.

Glass ornamented or decorated lamp shades and chimneys are dutiable, under Act 1897, par. 100, as articles of glass, ornamented or decorated, and not under paragraph 112, as all glass or manufactures of glass "not specially provided for."

Curie & Smith, for importers.
D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge. These glass ornamented or decorated lamp shades and chimneys seem to fall within paragraph 100 of the act of 1897, as "articles of glass," "ornamented" or "decorated," where they have been assessed, rather than within "all glass or manufactures of glass not specially provided for," of paragraph 112, where they are claimed to belong. They appear to be specially provided for in the former paragraph. Decision affirmed.